397 A.2d 834

**COMMONWEALTH of Pennsylvania**

v.

**Willie McCLIVE, Appellant.**

Superior Court of Pennsylvania.

Submitted March 29, 1978.

Decided Feb. 16, 1979.

John W. Packel, Assistant Public Defender, Chief, Appeals Division, Philadelphia, for appellant.

Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, Philadelphia, for Commonwealth, appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

AND NOW, February 16, 1979, the petition to withdraw is denied. Counsel for appellant is directed either (1) to file a withdrawal brief meeting the description in *Commonwealth v. Greer*, 455 Pa. 106, 108–09, 314 A.2d 513, 514–15 (1974), and *Commonwealth v. Liska*, 252 Pa.Super. 103, 380 A.2d 1303 (1977), or (2) to proceed with the appeal by filing an advocate's brief on the merits. In either case, counsel is to file a new brief within thirty (30) days, or risk sanctions.

JACOBS, former President Judge, and HOFFMAN, J. did not participate in the consideration or decision of this case.